ADAMS *v.* STATE

No. 39971          March 5, 1956          85 So. 2d 908

*D. Gary Sutherland,* Hattiesburg, for appellant.

*John Price, Jr.,* Asst. Atty. Gen., Jackson, for appellee.

GILLESPIE, J.

██ ██ At a trial for criminal contempt for violating an injunction against the possession of intoxicating liquors, it was proven that Adams had in his possession a quantity of intoxicating liquor. Appellant contends that the State failed to prove him guilty of criminal contempt beyond a reasonable doubt because it was not shown that he was able to comply with the injunction; that it was shown by the testimony that the liquor he possessed was ''drinking whiskey'' kept for his personal use; that he was addicted to drinking whiskey, and was thereby unable to comply with the decree enjoining him from possessing liquor. This argument is unusual and unsound.

Affirmed.

*Roberds, P.J.,* and *Hall, Kyle* and *Holmes, JJ.,* concur.